**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7251**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

FERRELL BENJAMIN GIBBS,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior District Judge.  (6:03-cr-00609-GRA-1)

_____

Submitted:  June 1, 2010              Decided:  June 4, 2010

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ferrell Benjamin Gibbs, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ferrell Benjamin Gibbs appeals from the district court's orders denying his motions to recuse the district court judge and to vacate the criminal judgment as void and to terminate supervised release. We have reviewed the record and conclude that the denial of relief was appropriate. Accordingly, we affirm. We deny Gibbs' motion for a polygraph examination and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED